OSWALD D. FRANCE, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*France* v. *N. Y. C. & H. R. R. R. Co.*, 118 App. Div. 550, affirmed.
(Argued October 20, 1908; decided November 10, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1907, sustaining plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, and granting a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence on the trial of which the complaint had been dismissed.

*Charles A. Pooley* for appellant.

*Lincoln A. Groat* and *Alfred L. Becker* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion below.

Concur: VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Dissenting: CULLEN, Ch. J., GRAY and WERNER, JJ.